UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JUAN COSTILLA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:13-CV-8-F |
| ) | |
| KEEN E. LASSITER, ) | |
|     Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint in this action does not contain any allegations suggesting that Plantiff is in imminent danger of serious physical injury. Accordingly, pursuant to 28 U.S.C. § 1915(g), this action hereby is DISMISSED.

**This Judgment Filed and Entered on January 16, 2013, and Copies To:**

Juan Costilla (via regular mail to #0959190, Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

DATE                                                                                    JULIE A. RICHARDS, CLERK
January 16, 2013                                                                /s/ Susan K. Edwards
                                                                                                (By) Susan K. Edwards, Deputy Clerk